UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, § § § § Plaintiff, § § v. § CIVIL ACTION NO. 4:18-cv-382 § § ACE AMERICAN INSURANCE § COMPANY, § § Defendant. § § | |

## ORDER ON MOTION TO EXCLUDE THE EXPERT TESTIMONY OF STEPHEN E. WALRAVEN

ON THIS DAY came on to be heard ACE American Insurance Company's ("ACE's) Motion to Exclude the Expert Testimony of Stephen E. Walraven, and the Court, having reviewed said Motion, and all other pleadings filed in connection therewith, is of the opinion that said Motion should be GRANTED, and it is accordingly;

ORDERED, ADJUDGED, and DECREED that ACE's Motion to Exclude the Expert Testimony of Stephen E. Walraven be and the same is hereby GRANTED; and

It is further ORDERED, ADJUDGED, and DECREED that, at the time of trial, Stephen E. Walraven, shall not be permitted to express any opinions.

SIGNED this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE

1