Case 4:18-cv-00382 Document 82 Filed on 10/15/19 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 16, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, | § § § § | |
| Plaintiff | § § | |
| v. | § § | Civil Action No. 4:18-cv-382 |
| ACE AMERICAN INSURANCE COMPANY, | § § § § | |
| Defendant | § § | |

# FINAL JUDGMENT

On this day, the Court considered PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT. The Court grants the motion as follows:

Based upon the Court's Findings of Fact and Conclusions of Law [Doc. 78], the Court enters FINAL JUDGMENT in favor of Plaintiff American Guarantee and Liability Insurance Company and against ACE American Insurance Company as follows:

| | |
|---|---|
| Damages: | $7,272,321.75 |
| Pre-judgment interest: | $ 641,209.57 |
| Costs: | $ 21,503.01 |
| **TOTAL JUDGMENT** | **$7,935,034.33** |

The Total Judgment amount shall accrue post-judgment interest at  1.63 % per annum, compounding annually, beginning as of the date of this FINAL JUDGMENT.

Defendant ACE American Insurance Company is denied all relief on its affirmative defenses and shall take nothing. This is a Final Judgment pursuant to Fed. R. Civ. P. 58.

Date: __October 15__, 2019.

_____
Keith P. Ellison
UNITED STATES DISTRICT JUDGE

AGREED TO FORM:

_/s/ Blair Dancy_
Blair Dancy
Counsel For Plaintiff


_/s/ James H. Moody, III_
James H. Moody, III
Counsel For Defendant